UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANINDER SINGH et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD TARASKA et al., <br><br> Defendants. | Case No. 2:24-cv-02080-SB-PVC <br><br><br> ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

    Plaintiffs filed this complaint on March 13, 2023.  Dkt. No. 1.  After 90 days had passed and Plaintiffs had not filed proofs of service, the Court issued an order to show cause (OSC) why the case should not be dismissed for lack of prosecution, citing Federal Rule of Civil Procedure 4(m).  Dkt. No. 10.  Despite Plaintiffs failing to show good cause, the Court exercised its discretion to grant a 30-day extension on June 28.  Dkt. No. 15.  On July 29, the last day of the 30-day period, Plaintiffs requested an additional 90 days to serve Defendants.  Dkt. No 18.  The Court again found that Plaintiffs had not shown good cause, yet granted another 30-day extension, warning that failure to file proofs of service by August 30, 2024 would result in dismissal without prejudice.  Dkt. No. 19.

    The deadline has passed, and no proofs of service or application for additional time have been filed. Accordingly, the case is dismissed without prejudice for lack of prosecution.

    A final judgment will be entered separately.

Date: September 3, 2024

                                                   Stanley Blumenfeld, Jr.
                                                 United States District Judge