JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANINDER SINGH et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RICHARD TARASKA et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02080-SB-PVC<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, Plaintiffs' claims are dismissed without prejudice.

　　This is a final judgment.

Date: September 3, 2024

_____
　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　United States District Judge

1